# EXHIBIT 1

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

D.C. Superior Court
02/25/2021 10:21AM
Clerk of the Court

**BIRHANU SENDEK**
Plaintiff

vs.

**7-ELEVEN, INC.**
Defendant

Case Number 2021-CA-000568-B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Reshad D. Favors**
Name of Plaintiff's Attorney

**655 15th Street NW, 8th Floor**
Address
Washington, DC 20005

**(202) 508-8249**
Telephone

Clerk of the Court

By _____ Deputy Clerk

Date **02/26/2021**

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

BIRHANU SENDEK
_____
                                      Demandante
                    contra

                                                      Número de Caso: __2021-CA-000568-B__

7-ELEVEN, INC.
_____
                                      Demandado

## CITATORIO

Al susodicho Demandado:

     Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

     A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

| Reshad D. Favors | SECRETARIO DEL TRIBUNAL |
|---|---|
| Nombre del abogado del Demandante | |
| 655 15th Street NW, 8th Floor | Por: _____ |
| Dirección | Subsecretario |
| Washington, DC 20005 | |
| (202) 508-8249 | Fecha **02/26/2021** |
| Teléfono | |

如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828

한국어 번역을 원하시면 (202) 879-4828 로 연락주십시오   ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

<center>Vea al dorso el original en inglés
See reverse side for English original</center>

CV-3110 [Rev. June 2017]                                                                                                Super. Ct. Civ. R. 4

Filed
D.C. Superior Court
02/25/2021 11:50AM
Clerk of the Court

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

(Civil Division)

| | |
|---|---|
| BIRHANU SENDEK ) | |
| 5120 Sargent Rd NE, Apt. 207 ) | |
| Washington, DC 20017 ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: __2021 CA 000568 B__ |
| ) | |
| ) | **Jury Requested** |
| 7-ELEVEN, INC. ) | |
| 504 K St NW ) | |
| Washington, DC 20001 ) | |
| Defendant. ) | |
| _____ ) | |

## COMPLAINT

**COMES NOW**, Plaintiff BIRHANU SENDEK (hereinafter "Plaintiff"), by and through his undersigned counsel, and files this, his Complaint against Defendant, 7-ELEVEN, INC. (hereinafter "Defendant"), and says:

## BACKGROUND

1. Jurisdiction of this Court is proper pursuant to D.C. Code §§ 11-921 (Civil Jurisdiction) & 13-423.

2. At all times material hereto, the Plaintiff, BIRHANU SENDEK, was and is a resident of WASHINGTON DC.

3. Plaintiff is a black male who is from Ethiopia.

4. At all times material hereto, the Defendant, 7-ELEVEN, INC., was and is a corporation operating in WASHINGTON DC.

5. Defendant is an employer within the meaning of the Human Rights Act, D.C. Code 2-1401.02(10).

1

6. The factual allegations occurred in the District of Columbia.

## JURISDICTION AND VENUE

7. Pursuant to the Human Rights Act, D.C. Code§ 2-1403.16, this Court has subject matter jurisdiction over this civil action because this action is being brought within the one-year tolled statute of limitations period set out in the Human Rights Act.

8. Pursuant to D.C. Code§ 11-921, this Court has subject matter jurisdiction over this civil action because all claims are based on violations of the laws of the District of Columbia.

9. Pursuant to D.C. Code§ 13-423, this Court has personal jurisdiction over Defendants because Defendants conduct business in the District of Columbia.

10. Venue is appropriate because Defendants' place of business is in the District of Columbia, Plaintiff worked in the District of Columbia, and Defendants' actions occurred in the District of Columbia.

## ADMINISTRATIVE TOLLING

11. On April 13, 2020, Plaintiff filed a charge of discrimination and retaliation with the District of Columbia Office of Human Rights.

12. On February 11, 2021, the U.S. Equal Employment Opportunity Commission ("EEOC") provided Plaintiff a Notice of Right to Sue.

## FACTUAL ALLEGATIONS

13. Since 2014, Plaintiff had been employed by Defendant. He was initially hired as a Sales Associate.

14. Throughout his employment with Defendant, Plaintiff consistently performed his duties at a satisfactory level, often going above and beyond of his regular responsibilities when

2

opportunities to assist departments and increase employee morale presented themselves.

15. Plaintiff received multiple promotions during his employment with Defendant. Most recently, on September 9, 2019, Plaintiff was promoted to General Manager of Defendant's flagship store.

16. As General Manager, Plaintiff's duties included but were not limited to: hiring and training all staff for the store's opening; providing quality customer service; handling merchandise effectively; ensuring maintenance; the safety and security of the facility; the effective management of employee relations; and other general duties as needed.

17. In or around October 2019, Joseph Horn ("Horn"), Senior Area Manager, who identifies as a White American, became Plaintiff's manager.

18. Initially, Plaintiff and Horn's working relationship seemed fine; however, their relationship began to deteriorate quickly.

19. As a condition of Plaintiff's recent promotion to General Manager of the flagship store, Plaintiff received a company laptop and cell phone relative to his work duties. Horn, upon learning of this, took the laptop and cell phone from Plaintiff, stating Plaintiff did not "deserve it", as he is only a store manager.

20. Plaintiff contacted Defendant's Human Resources and the IT department who confirmed that he in fact was supposed to have both a company laptop and company cell phone.

21. During the COVID-19 pandemic, Defendant's flagship store was still operational as an essential business. During this time, this store experienced an uptick in theft and shoplifting.

3

22. Plaintiff had communicated his concerns regarding increased theft and shoplifting activity to Horn. Horn failed to provide Plaintiff with appropriate guidance.

23. On April 24, 2020, and during a team meeting, the flagship store had identified a shop lifter who had electronics and candy inside his pocket.

24. Plaintiff and the flagship store's other manager, Mina Bebawy ("Bebawy"), who is a White Egyptian, confronted the shoplifter together. The shoplifter became violent and attacked both Plaintiff and Bebawy.

25. Eventually, Plaintiff and Bebawy were able to escort the shoplifter outside with the help of other team members. Plaintiff called 911 to report the situation.

26. Immediately following his call to 911, Plaintiff reported the situation to Horn, informing him that the team had been attacked by the shoplifter and that there were injuries. Specifically, Plaintiff suffered injuries to his hand, and another team member was bleeding from his nose and had his eyeglasses broken.

27. Instead of being praised for his heroic efforts, on April 27, 2020, Plaintiff was informed by Horn that he would be terminated. Horn explained that Plaintiff had violated company policy by confronting the shoplifter.

28. Despite other members of the team being involved in this incident, including another manager, only Plaintiff was terminated.

29. Soon after Plaintiff's termination, Bebawy was promoted to his position.

## COUNT ONE
(Race Discrimination)

30. Plaintiffs re-allege and incorporate by reference each and every allegation in paragraphs 1 to 29 above, as if fully set forth herein.

4

31. Plaintiff was terminated from his employment with Defendant due to his violation of company policy with regard to his handling of a shoplifter in his store.

32. Other team members, to include another manager, Bebawy, had taken the same actions that resulted in Plaintiff's termination; however, Plaintiff was the only employee to be terminated as a result of this incident.

33. During his employment, Defendant, through its employee and/or agent Horn, treated Plaintiff differently and less favorably from similarly situated employees. The disparate treatment of Plaintiff included, but was not limited to, the following: termination of Plaintiff's employment despite not terminating the employment of similarly situated employees who were of a difference race.

34. Defendant's actions have exposed it to liability under Title VII and DC Human Rights Act (DCHRA) of 1977 for discrimination.

35. Defendant is liable for the actions of its managers and supervisors.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that this Honorable Court:

36. Declare that Defendant's actions violated Plaintiff's rights under the Human Rights Act to be free from unlawful discrimination;

37. Award plaintiff compensatory damages for lost wages, pain and suffering, loss of health insurance coverage in an amount to be determined by the jury by trial in excess of $30,000.00;

38. Award Plaintiff full back pay and benefits;

39. Award Plaintiff punitive damages;

40. Award Plaintiff reasonable attorney's fees and the costs of this action;

41. Award Plaintiff pre- and post-judgement interest as may be permitted by law; and

42. Award Plaintiff any other and further relief that the court considers proper.

## **JURY REQUESTED**

Plaintiff demands a trial by jury on all issues in this case so triable.

Dated: February 24, 2021      Respectfully submitted,

/s/ Reshad Favors

Reshad Favors, Esq.
Burns Sheppard Favors, PLLC
1875 Connecticut Ave, NW 10th Floor
Washington, DC 20009
(202) 508-8249
reshad@bsflegal.com

*Counsel for Plaintiffs*

Case 1:21-cv-00923-RDM   Document 1-1   Filed 04/05/21   Page 10 of 14



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
Telephone: (202) 879-1133 • Website: www.dccourts.gov

**BIRHANU SENDEK**
   Vs.                                      C.A. No.     2021 CA 000568 B
**7-ELEVEN, INC.**

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                                                         Chief Judge Anita M. Josey-Herring

Case Assigned to: Judge FERN FLANAGAN SADDLER
Date:        February 25, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, May 28, 2021
Location:  Courtroom 100
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001

1

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

## Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option 1:** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2:** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com   Select **Join**, enter the Meeting ID from the next page



AUDIO ALTERNATIVE: Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4:** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

4

| | | | |
|---|---|---|---|
| | 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| | 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| | 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| | 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| | 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| | 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| | JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| | A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| | B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| | B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| | B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| | B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

5