UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIRHANU SENDEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00923 (RDM) |
| ) | |
| 7-ELEVEN, INC., ) | Judge Randolph D. Moss |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff BIRHANU SENDEK ("Plaintiff") and Defendant 7-ELEVEN, INC. ("7-Eleven") herby give the Court notice that this case has been resolved between the parties, subject to the preparation of final settlement documentation. The Parties jointly request that the Court vacate the conference scheduled for November 23, 2021, and grant the Parties thirty days to file a joint stipulation of dismissal with prejudice.

DATED: November 23, 2021

| | |
|---|---|
| */s/ (with express permission)* | */s/ Eric A. Welter* |
| Reshad Favors, Esq. | Eric A. Welter, Esq. (D.C. Bar No. 440223) |
| Burns Sheppard Favors, PLLC | Brad W. Goldstein (D.C. Bar No. 1025209) |
| 655 15th Street, NW 8th Floor | WELTER LAW FIRM, P.C. |
| Washington, D.C. 20005 | 20130 Lakeview Center Plaza, Suite 400 |
| (202) 508-8249 | Ashburn, VA 20147 |
| reshad@bsflegal.com | (703) 435-8500 |
| | (703) 435-8851 (fax) |
| Attorneys for Plaintiff | eaw@welterlaw.com |
| | bwg@welterlaw.com |
| | |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing NOTICE OF SETTLEMENT has been served on this 23rd day of November, 2021, *via* the Court's CM/ECF system upon:

  Reshad Favors, Esq.
  Burns Sheppard Favors, PLLC
  655 15th Street, NW 8th Floor
  Washington, D.C. 20005
  (202) 508-8249
  reshad@bsflegal.com

  Attorneys for Plaintiff

                */s/ Eric A. Welter*
                Eric A. Welter, Esq.